**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent/Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:03-CR-090-N** |
| | ) | **No. 3:08-CV-1222-N (BH)** |
| **ROBERTO FERNANDEZ-RODRIGUEZ,** | ) | |
| **ID # 29769-177,** | ) | **Referred to U.S. Magistrate Judge** |
| **Movant/Defendant.** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings,

Conclusions, and Recommendation of the United States Magistrate Judge and any objections

thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the

opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are

accepted as the Findings and Conclusions of the Court.

SIGNED January 16, 2009**.**

David C. Godbey
UNITED STATES DISTRICT JUDGE